

FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>ALEJANDRO MARTINEZ ROMERO<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR17-00045<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __June 7, 2017__, _____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __June 6, 2017__      __Douglas F. McCormick__
U.S. District Judge/Magistrate Judge